Opinion issued August 31, 2023



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00892-CV

———————————

**NEKIA ROBERSON, Appellant**

**V.**

**SUSAN DOHERTY and JACK TESMER, Appellees**

---

**On Appeal from County Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1182341**

---

## MEMORANDUM OPINION

Appellant Nekia Roberson filed her notice of appeal in this Court on December 1, 2022. Appellant did not pay the appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1. The Clerk of this Court notified Appellant that unless she paid the appellate filing fee by January

23, 2023, her appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not paid the appellate filing fee.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b)-(c). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.